## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS MOORE, | ) | CASE NO. 1:19 CV 1634 |
| | ) | |
| Plaintiff | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| *vs*. | ) | |
| | ) | **PLAINTIFF'S MOTION FOR LEAVE** |
| TORRIS MOORE, *et al* | ) | **TO FILE RESPONSE TO DEFENDANT** |
| | ) | **EAST CLEVELAND'S MOTION** |
| Defendants | ) | **TO DISMISS *INSTANTER*** |

The Plaintiff, Demetrius Moore, by and through his undersigned counsel, hereby moves this Honorable Court for leave to file his Response to Defendant East Cleveland's Motion to Dismiss *Instanter* in the above captioned matter, which was Ordered by this Court to be filed on November 21, 2019.  The undersigned apologizes to the Court for any inconvenience caused by her error in the filing date, which was inadvertent and not the fault of Mr. Moore.  It is respectfully requested that the Plaintiff's Response to Defendant East Cleveland's Motion to Dismiss tendered herewith be accepted by Court for filing.

                    Respectfully submitted,

                    */s/ Sarah Thomas Kovoor*
                    Sarah Thomas Kovoor (0069223)
                    Kovoor Law, LLC
                    155 South Park Avenue
                    Warren, OH  44481
                    P: (330) 974-1212 / F: (330) 974-1220
                    E: sarah.thomas.kovoor@gmail.com
                    *Counsel for Plaintiff Demetrius Moore*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and served non-CM/ECF registrants via U.S. Mail:

Torris Moore 61296-060
c/o FMC Carswell
Naval Air Station
J St. Bldg 3000
Fort Worth, TX 76127

Antonio Malone 61336-060
c/o FCI Bennettsville
696 Muckerman Road
Bennettsville, SC 29512
*Pro-se Defendants*

Willa M Hemmons (0041790)
Heather C. McCollough (0075882)
City of East Cleveland Law Department
14340 Euclid Avenue
East Cleveland, Ohio 44112
P: (216) 681-2393 / F: (216) 681-2199
whemmons@eastcleveland.org
hmccollough@eastcleveland.org
*Counsel for Defendant the City of East Cleveland*

                                       /s/ *Sarah Thomas Kovoor*
                                       Sarah Thomas Kovoor
                                       Kovoor Law, LLC
                                       *Counsel for Plaintiff Demetrius Moore*